

# NUMBER 13-13-00267-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

RONALD MATTHEWS AND
WIFE, VICKIE MATTHEWS,                                                      Appellants,

v.

ZF MARINE ELECTRONICS L.L.C.
F/K/A ZF MATHERS L. L.C.,                                                    Appellee.

### On appeal from the 9th District Court
### of Montgomery County, Texas.

# MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Perkes
### Memorandum Opinion Per Curiam

Appellants, Ronald Matthews and Vickie Matthews, perfected an appeal from a

judgment entered by the 9th District Court of Montgomery County, Texas, in cause

number 12-03-03187-CV (Ronald Matthews and Vickie Matthews v. P.D. Sohn d/b/a

Lakeshore Sports & ZF Marine Electronics L.L.C. f/k/a ZF Mathers L.L.C. appellate cause

number 13-12-00302-CV).   This cause is presently before the Court on appellants' unopposed motion to dismiss ZF.   Appellants request that this Court dismiss their appeal only as to ZF because they have resolved their disputes and have finalized the terms of their written settlement agreement.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the motion should be granted.   *See* TEX. R. APP. P. 42.1(a).   Appellants' motion to dismiss is GRANTED, and the appeal is hereby DISMISSED.   Costs will be taxed against appellants.   *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
13th day of June, 2013.